IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>3V, INC., a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No.06-00672-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIBA SPECIALTY CHEMICALS
CORPORATION'S DISCLOSURE STATEMENT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)</u>**

Pursuant to Fed. R. Civ. P. 7.1(a), CIBA Specialty Chemicals Corporation advises the Court that it is wholly owned by CIBA Specialty Chemicals International Inc. which is a wholly owned subsidiary of CIBA Specialty Chemicals Holding, Inc.

CIBA Specialty Chemicals Corporation further advises the Court that no publicly held corporation not a party to this action has a financial interest in the outcome.

                                                                                              /s/
                                                                                         Frederick L. Cottrell, III (#2555)

| | |
|---|---|
| *Of Counsel*:<br>Alan E. J. Branigan<br>Brion Heaney<br>Richard J. Traverso<br>Michael Culver<br>Millen White Zelano & Branigan, P.C.<br>2200 Clarendon Blvd.<br>Suite 1400<br>Arlington, VA  22201 | Cottrell@rlf.com<br>Chad M. Shandler (#3796)<br>Shandler@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>Attorneys for Plaintiff |

Dated:  November 28, 2006

RLF1-3086505-1

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

I hereby certify that on November 28, 2006, I sent the foregoing document by electronic mail, to the following non-registered participants:

**BY FEDERAL EXPRESS**
Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

_____
Chad M. Shandler (#3796)
shander@rlf.com