IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff | ) ) | C.A. No. 06-672-JJF |
| v. | ) ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) ) | |

**3V, INC.'S DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

COMES NOW the Defendant, 3V, Inc., by counsel, pursuant to Fed. R. Civ. P. 7.1(a), and advises the Court that 3V, Inc. is a wholly owned subsidiary of 3V SIGMA, S.p.A., Via A. Moro, 28, 24030 Mozzo (BG) Italy , which is in turn wholly owned by 3V Partecipazioni Industriali, S.p.A., Via A. Moro, 28, 24030 Mozzo (BG) Italy.

3V, Inc. further advises the Court that no publicly held corporation not a party to this action has a financial interest in the outcome.

Dated:  December 1, 2006     STEVENS & LEE, P.C.

By:  */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

*Counsel for the Defendant 3V, Inc.*

CERTIFICATE OF SERVICE

    I, Joseph Grey, hereby certify that, on the fourth day of December, 2006, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Disclosure Statement to be served on the Plaintiff by first class, United States mail, postage prepaid and addressed to Plaintiff's counsel as follows:

> Chad M. Shandler, Esquire
> Richards Layton & Finger
> One Rodney Square, 10th Floor
> P.O. Box 551
> Wilmington, DE  19899
>
> Alan E.J. Branigan, Esquire
> Brion Heaney, Esquire
> Michael Culver, Esquire
> Millen White Zelano & Branigan, P.C.
> 2200 Clarendon Boulevard
> Suite 1400
> Arlington, VA  22201

                                               /s/ Joseph Grey
                                               Joseph Grey