IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>3 V, INC., a Delaware Corporation,<br><br>Defendant | C.A. No.: 06-672-JJF |

## REPLY TO COUNTERCLAIM

Comes now the plaintiff CIBA Specialty Chemicals Corporation ("CIBA") by counsel, and answers each numbered paragraph of 3V, Inc.'s counterclaim with respectively numbered paragraphs as follows:

### Jurisdiction and Venue

1. Ciba admits that this Court has jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1338(a). The remaining allegations in this paragraph of the Counterclaim require no reply.

2. Admitted.

### The Parties

3. CIBA admits that the '973 patent names Giuseppe Raspanti of Bergamo, Italy as inventor but has only counterclaimant's representations as to the remaining allegations of this paragraph of the counterclaim and, to that extent, denies the remaining allegations and leaves counterclaimant to its proofs.

4. Admitted.

5. Admitted except that Ciba is properly entitled to the benefit of the January 23, 1995 filing date of European Application No. EP 95810042.

6. Denied.

### Count I

7. Ciba repeats its replies to paragraphs 1 - 6 of the Counterclaim as if fully set forth herein.

8. Denied.

**General Denial:**

Ciba denies that Counterclaimant is entitled to judgment requested in the counterclaim.

*Of Counsel:*
Alan E. J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Blvd
Suite 1400
Arlington, VA 22201

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton and Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19081
(302) 651-7700
Fax: (302) 651-7701
Attorneys for CIBA Specialty Chemicals Corporation

Dated: December 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

I hereby certify that on December 11, 2006, I sent the foregoing document by electronic mail, to the following non-registered participants:

**BY FEDERAL EXPRESS**
Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

Chad M. Shandler (#3796)
shander@rlf.com