IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3V, INC., a Delaware Corporation,<br><br>  Plaintiff<br><br>v.<br><br>CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-00593-JJF<br>)<br>)<br>)<br>)<br>)<br>) |
| CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br><br>  Plaintiff<br><br>v.<br><br>3V, INC., a Delaware Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-00629-JJF<br>)<br>)<br>)<br>)<br>) |
| CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br><br>  Plaintiff<br><br>v.<br><br>3V, INC., a Delaware Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-00672-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 22, 2007 true and correct copies of Ciba Specialty Chemicals Corporation's Responses to 3V's Interrogatories and Ciba Specialty Chemicals Corporation's Responses to 3V's Requests for Production were served on counsel in the following manner:

RLF1-3170025-1

**BY HAND:**
Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS:**
Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals Corporation

Dated: June 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### HAND DELIVERY:

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

I hereby certify that on June 25, 2007, I have served by Federal Express the foregoing Notice of Service to the following non-registered participants:

### FEDERAL EXPRESS:

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

_____
Chad M. Shandler (#3796)
shandler@rlf.com