IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff | ) ) ) | |
| | ) | C.A. No. 06-00593-JJF |
| v. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Cross-Plaintiff | ) ) ) | |
| | ) | C.A. No. 06-00629-JJF |
| v. | ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Cross-Defendant. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff | ) ) | |
| | ) | C.A. No. 06-672-JJF |
| v. | ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) ) | |

**ORDER MODIFYING RULE 16 SCHEDULING ORDER**

Upon the Unopposed Motion of 3V, Inc. to Modify the Rule 16 Scheduling Order in the above-captioned cases (the "Motion"), it appearing that the Motion was duly served and that there is no opposition to the Motion, and finding that cause exists to grant the relief requested in the Motion,

IT IS ORDERED, that

1. The Motion is hereby GRANTED.

2. Scheduling Order in these cases is hereby modified as follows:

    (a) The Discovery described in paragraph 3(a) of the Scheduling Order shall be commenced so as to be completed by January 28, 2008.

    (b) The deadline for depositions to be completed (Scheduling Order, paragraph 3(e)) shall be July 28, 2008.

    (c) The deadline for additional Discovery as described in the Scheduling Order at paragraph 3(f) shall be September 30, 2008.

    (d) Reports from retained experts in cases 06-00593-JJF and 06-00629-JJF required by Fed. R. Civ. P. 26(a)(2) are due from the party having the burden of proof by August 25, 2008; from the opposing party by October 28, 2008. Rebuttal reports are due December 15, 2008. (Modifying paragraph 3(g) of the Scheduling Order.)

    (e) Expert reports for the party having the burden of proof in C.A. No. 06-00672-JJF shall be due on September 23, 3008; and for the opposing party on November 25, 2008. Rebuttal reports are due on January 19, 2009. (Modifying paragraph 3(h) of the Scheduling Order.)

    (f) All motions to amend the pleadings shall be filed on or before October 13, 2008. (Modifying paragraph 5 of the Scheduling Order.)

    (g) Any motions challenging this Court's jurisdiction shall be filed by January 28, 2008. (Modifying paragraph 6(a) of the Scheduling Order.)

  (h) Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before February 17, 2009. (Partially modifying paragraph 6(b) of the Scheduling Order.)

 3. Except as specifically modified in paragraph 2 of this Order, the provisions of the Scheduling Order shall remain in full force and effect.

 4. Pursuant to 28 U.S.C. § 636, and Local Rule 72.1(a)(1), these cases are hereby referred to Magistrate Judge Thynge for the purpose of exploring ADR.

                 _____
                  Joseph J. Farnan, Jr.
                  United States District Court Judge

Dated: ____July 24____, 2007

SL1 736175v1/101873.00001