**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **3V, INC., a Delaware Corporation,**       )<br>                                                                  )<br>            **Plaintiff**                                   )<br>                                                                  )<br>       v.                                                        )<br>                                                                  )<br>**CIBA SPECIALTY CHEMICALS**              )<br>**CORPORATION, a Delaware Corporation,** )<br>                                                                  )<br>            **Defendant.**                               )<br>_____)<br>**CIBA SPECIALTY CHEMICALS**              )<br>**CORPORATION, a Delaware Corporation,** )<br>                                                                  )<br>            **Cross-Plaintiff**                         )<br>                                                                  )<br>       v.                                                        )<br>                                                                  )<br>**3V, INC., a Delaware Corporation,**       )<br>                                                                  )<br>            **Cross-Defendant.**                     )<br>_____)<br>**CIBA SPECIALTY CHEMICALS**              )<br>**CORPORATION, a Delaware Corporation,** )<br>                                                                  )<br>            **Plaintiff**                                   )<br>                                                                  )<br>       v.                                                        )<br>                                                                  )<br>**3V, INC., a Delaware Corporation,**       )<br>                                                                  )<br>            **Defendant.**                               )<br>_____) | **C.A. No. 06-00593-JJF**<br><br><br><br><br><br><br><br><br><br>**C.A. No. 06-00629-JJF**<br><br><br><br><br><br><br><br><br><br>**C.A. No. 06-672-JJF** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on January 31, 2008, counsel for 3V, Inc. served copies of its First Requests for Admission upon CIBA Specialty Chemicals Corporation (CIBA) by sending copies of the same to CIBA's counsel at the following addresses and by the means indicated below:

        Frederick L. Cottrell, III, Esquire
        Chad M. Shandler, Esquire
        One Rodney Square, 10th Floor
        Wilmington, DE  19899
        BY HAND DELIVERY

        Millen White Zelano & Branigan, P.C.
        Alan E.J. Branigan, Esquire
        Brion Heaney, Esquire
        Michael Culver, Esquire
        220 Clarendon Boulevard, Ste. 1400
        Arlington, VA  22201
        BY FEDERAL EXPRESS

Dated:  January 31, 2008        STEVENS & LEE, P.C.


        By:  __*/s/ Joseph Grey*__
        Joseph Grey (ID 2358)
        1105 North Market Street, Seventh Floor
        Wilmington, DE  19801
        Telephone:  (302) 654-5180
        Telecopier:  (302) 654-5181
        E-Mail:  jg@stevenslee.com

        NEXSEN PRUET, LLC
        Angelica M. Colwell, Esquire
        205 King Street
        Suite 400
        Charleston, South Carolina, 29401
        Telephone:  (843) 577-9440
        Facsimile:  (843) 720-1777
        acolwell@nexsenpruet.com

        Sara Centioni Kanos, Esquire
        201 W. McBee Avenue, Suite 400
        Greenville, SC 29601
        Telephone:  (864) 282-1171
        Facsimile:  (864) 282-1177
        scentioni@nexsenpruet.com

        *Attorneys for 3V, Inc.*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 31st day of January, 2008, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Notice of Service to be served on counsel for CIBA Specialty Chemicals Corporation by the means indicated below:

>Chad M. Shandler, Esquire
>Richards Layton & Finger
>One Rodney Square, 10th Floor
>P.O. Box 551
>Wilmington, DE  19899
>BY HAND DELIVERY

>Alan E.J. Branigan, Esquire
>Millen White Zelano & Branigan, P.C.
>2200 Clarendon Boulevard
>Suite 1400
>Arlington, VA  22201
>BY FEDERAL EXPRESS

>  /s/  Joseph Grey
> Joseph Grey